No. 1013, Misc. LAUGHLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *David E. Wagoner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit*, and *Roger A. Pauley* for the United States.

No. 1025, Misc. MILLER ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 1026, Misc. CONOVER v. HEROLD, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied.

No. 1028, Misc. PHILLIPS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Frank O. Walther* for petitioner.

No. 1029, Misc. ARNOLD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1031, Misc. OWENS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Morton Stavis* for petitioner.

No. 1033, Misc. COOPER ET AL. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Gerald T. Foley, Jr.*, for petitioners.

No. 1036, Misc. WARRINER v. FERNANDEZ ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 1040, Misc. BARTLETT, GUARDIAN v. HOLLOPETER. Sup. Ct. Ohio. Certiorari denied. *Arthur R. Cline* for respondent.